

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00166-CV

GALVESTON COUNTY HEALTH DISTRICT, Appellant

V.

ERICA HANLEY, Appellee

Appeal from the 56th District Court of Galveston County.   (Tr. Ct. No. 12-CV-2314).

**TO THE 56TH DISTRICT COURT OF GALVESTON COUNTY, GREETINGS:**

Before this Court, on the 4th day of December 2014, the case upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

> This case is a statutory interlocutory appeal from the order signed by the trial court on February 19, 2014.   After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was no reversible error in the trial court's order.   Accordingly, the Court **affirms** the trial court's judgment.
>
> The Court **orders** that the appellant, Galveston County Health District, pay all appellate costs.
>
> The Court **orders** that this decision be certified below for observance.

Judgment rendered December 4, 2014.

Panel consists of Justices Massengale, Brown, and Huddle. Opinion delivered by Justice Massengale.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

February 13, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

